**TROUTMAN PEPPER LOCKE LLP**
Justin D. Balser (SBN 213478)
justin.balser@troutman.com
Holly E. Cheong (SBN 277467)
holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

Attorneys for Defendant
Nationstar Mortgage LLC d/b/a Mr. Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,<br><br>Defendant. | Case No. 2:22-cv-00105-JAM-SCR<br><br>**STIPULATED DISMISSAL; ORDER** |

This Stipulation is entered into by Plaintiff LAURA YOUNG ("Plaintiff") and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER ("Defendant"), by and through their respective counsel of record, with reference to the following facts:

A. Plaintiff and Defendant have entered into a written settlement agreement fully resolving this Action as between themselves, and calls for this Action to be dismissed with prejudice.

B. Plaintiff and Defendant both request that this Court retain jurisdiction to enforce the terms of the written settlement.

NOW, THEREFORE, Plaintiff and Defendant stipulate and agree that this Court shall dismiss this Action with prejudice in its entirety, and that this Court shall retain jurisdiction pursuant to FRCP 41 to enforce the terms of the Parties' written settlement agreement.

Date: February 24, 2025         DannLaw

By: /s/ Marc E. Dann
    Marc E. Dann
    Attorney for Plaintiff
    LAURA YOUNG

Date: February 24, 2025         Troutman Pepper Locke LLP

By: /s/ Holly E. Cheong
    Justin D. Balser
    Holly E. Cheong
    Attorneys for Defendant
    NATIONSTAR MORTGAGE LLC
    d/b/a MR. COOPER

## ORDER DISMISSING CASE WITH PREJUDICE

Based on the Stipulation of the Parties, and for good cause shown, this Court hereby **ORDERS** that this action is **DISMISSED with prejudice** in its entirety, and this Court shall retain jurisdiction to enforce the terms of the Parties' written settlement pursuant to FRCP 41.

Dated: February 25, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

TROUTMAN PEPPER LOCKE LLP
TWO CALIFORNIA PLAZA
350 SOUTH GRAND AVENUE
SUITE 3400
LOS ANGELES, CA 90071

1
[PROPOSED] ORDER